# EXHIBIT 2

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

|  |  |  |
|---|---|---|
| | ) | |
| ELECTRICAL WELFARE TRUST | ) | |
| FUND, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 19-353C |
| | ) | |
| v. | ) | (Judge Roumel) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### DEFENDANT'S RESPONSES TO
### PLAINTIFFS' AMENDED INTERROGATORIES

Pursuant to Rule 33 of the Rules of the United States Court of Federal Claims (RCFC), defendant, the United States, hereby objects and responds to the amended interrogatories served by plaintiffs in this matter.  The following responses are based on the Government's current knowledge, information, and belief after making a reasonable inquiry.  We expressly reserve the right to supplement these responses upon the discovery of additional relevant information.

### **DEFINITIONS**

A.    The term "plaintiffs" collectively refers to the Electrical Welfare Trust Fund (EWTF), the Operating Engineers Trust Fund of Washington, D.C. (OETF), and the Stone & Marble Masons of Metropolitan Washington, D.C. Health and Welfare Fund (Stone Masons).

B.    All remaining terms shall have the meaning ascribed by plaintiffs in the interrogatories they served in this matter.

## OBJECTIONS AND RESPONSES

4.      Identify by name, all self-insured entities that are administered by a third-party administrator and paid the Contribution for benefit years 2014, 2015, and/or 2016, as well as their third-party administrators and the amounts paid per year.

RESPONSE:  Defendant objects to this interrogatory because the undefined term "self-insured entities" is ambiguous.  Subject to this objection, defendant states that plaintiffs may derive the answer to this interrogatory from the Excel spreadsheets defendant produced on February 4, 2022 and March 10, 2022.

6.      Identify by name, all self-insured entities that are administered by a third-party administrator that the Government considers, or formerly considered, "Contributing Entities" that should have paid the Contribution, but refused to pay the Contribution for benefit years 2014, 2015, and/or 2016.

RESPONSE:  Defendant objects to this interrogatory because the undefined term "self-insured entities" is ambiguous.  Subject to this objection, defendant states that no Contributing Entities that self-identified as SMPs refused to pay a TRP Contribution for benefit years 2014-2016.

8.      Identify the amounts paid by each self-insured entity that is administered by a third-party administrator for benefit years 2014, 2015, and/or 2016.

RESPONSE:  Defendant objects to this interrogatory because the undefined term "self-insured entity" is ambiguous.  Subject to this objection, defendant states that plaintiffs may

derive the answer to this interrogatory from the Excel spreadsheet defendant produced on February 4, 2022.

10.     Identify by name, all self-insured entities that are administered by a third-party administrator and paid the Contribution for benefit years 2014, 2015, and/or 2016 that received a refund and the amount of any such refund.

RESPONSE:  Defendant objects to this interrogatory because the undefined term "self-insured entities" is ambiguous.  Subject to this objection, defendant states that plaintiffs may derive the answer to this interrogatory from the Excel spreadsheet defendant produced on February 4, 2022.

12.     Identify by name, all self-insured entities that are administered by a third-party administrator and paid the Contribution for benefit years 2014, 2015, and/or 2016 that were provided benefits or payments from the TRP, and in what amounts.

RESPONSE:  Defendant objects to this interrogatory because the undefined terms "self-insured entities" and "benefits" are ambiguous.  Subject to this objection, and to the extent plaintiffs inquire about refund payments, defendant states that plaintiffs may derive the answer to this interrogatory from the Excel spreadsheet defendant produced on February 4, 2022.

14.     Identify by name, all self-insured entities that are administered by a third party administrator that were excluded from paying the Contribution for benefit years 2014, 2015, and/or 2016, and the basis for excluding the entities identified.

<u>RESPONSE</u>:  Defendant objects to this interrogatory because the undefined term "self-insured entities" is ambiguous.  Subject to this objection, defendant states that no Contributing Entities that self-identified as SMPs were excluded from paying a TRP Contribution for benefit years 2014-2016.

<div style="margin-left: 40%;">

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/ Eric P. Bruskin
ERIC P. BRUSKIN
Assistant Director

/s/ Borislav Kushnir
BORISLAV KUSHNIR
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 307-5928
Facsimile: (202) 353-0461
Email: Steven.Kushnir@usdoj.gov

</div>

March 22, 2022                    Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of March, 2022, a copy of the foregoing

"DEFENDANT'S RESPONSES TO PLAINTIFFS' AMENDED INTERROGATORIES" was

sent, by e-mail, to the following addresses:


        Joseph Howard Meltzer
        KESSLER TOPAZ
        MELTZER & CHECK, LLP
        280 King of Prussia Road
        Radnor, PA 19087
        Email: jmeltzer@ktmc.com


                /s/ Borislav Kushnir