# In the United States Court of Federal Claims

ELECTRICAL WELFARE TRUST FUND, *et al.*,

    Plaintiffs,

v.

THE UNITED STATES,

    Defendant.

No. 19-cv-353

Filed: December 21, 2022

## ORDER

On December 21, 2022, the Court conducted a hearing on Plaintiff Electrical Welfare Trust Fund and the Illegal Exaction Class's Motion for Summary Judgment on the Illegal Exaction Claim. ECF No. 72. For the reasons stated on the record, the Motion for Summary Judgment on the Illegal Exaction Claim is **GRANTED**.

The Court will direct entry of judgment on the Class's illegal exaction claim pursuant to Rule 54(b) upon receiving the certification of final Class membership, which shall contain the name and damages owed to each member of the Illegal Exaction Class.

IT IS SO ORDERED.



*Eleni M. Roumel*
ELENI M. ROUMEL
Judge