# In the United States Court of Federal Claims

No. 19-353 C

Filed: July 10, 2023

**ELECTRICAL WELFARE
TRUST FUND, et al.**
      **Plaintiffs**

                                      **JUDGMENT**

v.

**THE UNITED STATES**
      **Defendant**

      Pursuant to the court's Memorandum and Order, filed July 7, 2023, granting defendant's motion for partial summary judgment,

      IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is entered in favor of defendant.

                                                    Lisa L. Reyes
                                                  Clerk of Court

                          By:    s/ Debra L. Samler

                                                    Deputy Clerk

NOTE: As to appeal to the United States Court of Appeals for the Federal Circuit, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>. Filing fee is $505.00.